Rev. 05/2024

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

HARRY F. BELL, JR.

*Plaintiff(s)*

v.

MORGAN & MORGAN COMPLEX
LITIGATION GROUP, PLLC

**Civil Action No.** 2:24-cv-234

*Defendant(s)/*
*Third-Party Plaintiff(s)*

v.

*Third-Party Defendant(s)*

## DISCLOSURE STATEMENT

Pursuant to F R Civ P 7.1 or F R Crim P 12.4,  Morgan & Morgan Complex Lit. Gr. PLLC

*(name of party/intervenor)*

who is _____Defendant_____  makes the following disclosure:

*(type of party (plaintiff/defendant/other)*

1.   Is the party/intervenor a publicly held corporation or other publicly held entity?

☐ Yes      ☑ No

2.   Does the party/intervenor have any parent corporations?

☐ Yes      ☑ No

If yes, identify all parent corporations:

Page 1 of 2

3.    Is 10% or more of the stock of the party/intervenor owned by a publicly held corporation or other publicly held entity?

☐  Yes          ☑  No

If yes, identify all such owners:

4.    In a case based on diversity jurisdiction under 28 U.S.C. § 1332(a), the following is a list of every individual or entity whose citizenship is attributed to the party/intervenor making this disclosure:

Morgan & Morgan Complex Lit. Gr. PLLC          Florida
*(individual or entity)*                                *(state of citizenship)*

_____                   _____
*(individual or entity)*                                *(state of citizenship)*

_____                   _____
*(individual or entity)*                                *(state of citizenship)*

_____                   _____
*(individual or entity)*                                *(state of citizenship)*

If there are additional individuals or entities, please provide their names and states of citizenship on a separate piece of paper.

The undersigned party understands that under F R Civ P 7.1 or F R Crim P 12.4, it will promptly file a supplemental statement upon any change in the information that this statement requires.

*Date:*        June 7, 2024                    *s/*Anthony J. Majestro
                                          *Signature of Counsel for Party*

*Name:*  Anthony J. Majestro

*State Bar No.:*  WVSB 5165

*Office:*  Powell & Majestro PLLC

*Mailing Address:*  405 Capitol Street, Suite 807

*State/City/Zip Code:*  Charleston, WV 25301

*Telephone:*  304-346-2889

*Email:*  amajestro@powellmajestro.com

Page 2 of 2